UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BARBARA M. WRIGHT,<br><br>      Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>      Defendant. | NO:  13-CV-0212-TOR<br><br>ORDER GRANTING STIPULATED MOTION TO REMAND |

BEFORE THE COURT is the parties' Stipulated Motion to Remand (ECF No. 20).  Based on the parties' stipulation, this case is remanded to the Commissioner of Social Security for a de novo hearing pursuant to sentence four of 42 U.S.C. § 405(g).

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion to Remand (ECF No. 20) is **GRANTED**. The Commissioner's decision regarding Plaintiff's application for disability insurance benefits under Title II of the Social Security Act is **REVERSED** and

ORDER GRANTING STIPULATED MOTION TO REMAND ~ 1

**REMANDED** to the Commissioner of Social Security for a de novo hearing pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the ALJ shall obtain the services of a medical expert to further evaluate Plaintiff's mental impairment or return this case to the State Agency for further development and evaluation of Plaintiff's mental impairment and completion of the standard document (20 CFR 404.1520a(e)(3) and/or 416.920a(e)(3)).

2. All pending motions are **DENIED** as moot.

The District Court Executive is hereby directed to enter this Order, provide copies to counsel, enter judgment for Plaintiff, and **CLOSE** the file.

**DATED** April 3, 2014.



_____
THOMAS O. RICE
United States District Judge

ORDER GRANTING STIPULATED MOTION TO REMAND ~ 2